No. 95–5350. HUDGINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5351. PRESLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5353. ZAMBRANO-GAVADIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5354. YOUNG v. SALT LAKE CITY. Ct. App. Utah. Certiorari denied.

No. 95–5357. BAUGH v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5359. JACOBS v. RONOLLO ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 95–5360. BENNETT v. COURT OF APPEALS OF TEXAS, FIFTH DISTRICT, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 95–5362. ANDERSON v. WILLIAMS, SHERIFF, TARRANT COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 95–5363. STANLEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–5364. RILEY v. PLANTIER, SUPERINTENDENT, ADULT DIAGNOSTIC AND TREATMENT CENTER. C. A. 3d Cir. Certiorari denied.

No. 95–5365. LONGBEHN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5366. LEE v. CARTER ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 95–5367. JAE v. DOMOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5368. LOWERY v. HERSEY, JUDGE, DISTRICT COURT OF APPEAL OF FLORIDA, FOURTH DISTRICT, ET AL. Sup. Ct. Fla. Certiorari denied.